IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE CONAGRA PEANUT BUTTER PRODUCTS LIABILITY LITIGATION | MDL DOCKET NO. 1845 1:07-md-1845-TWT |

| | |
|---|---|
| KIMBERLY ABRAHAM individually and as next friend of Autumn Abraham, a minor, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CONAGRA FOODS, INC., <br><br> Defendant. | CIVIL ACTION FILE NO. 1:09-CV-2844-TWT |
| KEITH ANDERSON, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CONAGRA FOODS, INC., <br><br> Defendant. | CIVIL ACTION FILE NO. 1:09-CV-756-TWT |
| RICKIE GENE BOWMAN, <br><br> Plaintiff, <br><br> v. <br><br> CONAGRA FOODS, INC., <br><br> Defendant. | CIVIL ACTION FILE NO. 1:09-CV-874-TWT |

T:\ORDERS\09\ConAgra\09cv2844\mtc2mlh.wpd

ARTIE SOUTHERN, et al.,

    Plaintiffs,

      v.                                            CIVIL ACTION FILE
                                                    NO. 1:09-CV-1544-TWT

CONAGRA FOODS, INC.,

    Defendant.

LAMONT ANDERSON
an individual, et al.,

    Plaintiffs,

      v.                                            CIVIL ACTION FILE
                                                    NO. 1:09-CV-1545-TWT

CONAGRA FOODS, INC., a
Delaware corporation,

    Defendant.

WENDY JOAN AHRENS
an individual, et al.,

    Plaintiffs,

      v.                                            CIVIL ACTION FILE
                                                    NO. 1:08-CV-3693-TWT

CONAGRA FOODS, INC.,
a Delaware corporation, et al.,

    Defendants.

CARLOS M. ANDREWS
through his guardian ad litem, Tiffany
K. Searcy, et al.,

    Plaintiffs,

      v.                                            CIVIL ACTION FILE
                                                    NO. 1:07-CV-3058-TWT

CONAGRA FOODS, INC.,
a Delaware corporation, et al.,

    Defendants.

CHRISTOPHER NEAL ROGERS, et al.,

    Plaintiffs,

     v.

CONAGRA FOODS, INC.,

    Defendant.

CIVIL ACTION FILE
NO. 1:07-CV-2017-TWT

<u>ORDER</u>

These are personal injury actions pending before this Court in an MDL proceeding.  They are before the Court on the Defendant's Motion to Compel Production of Alleged Symptom Onset Date from Certain Plaintiffs [Doc. 1685], which is GRANTED as to the following plaintiffs:

| Case Name | Plaintiff Name | Case Number |
|---|---|---|
| Abraham | Carter, Lakeshia | 1:09-CV-02844-TWT |
| Abraham | Casmere, Sabrina J. o/b/o D.J. | 1:09-CV-02844-TWT |
| Abraham | Cooper, Brandon and Lindsey o/b/o H.C. | 1:09-CV-02844-TWT |
| Abraham | Evans, Janice | 1:09-CV-02844-TWT |
| Abraham | Glover, Sheila | 1:09-CV-02844-TWT |
| Abraham | Machen, Heather o/b/o A.M. | 1:09-CV-02844-TWT |
| Abraham | Machen, Heather o/b/o A.M. 2 | 1:09-CV-02844-TWT |
| Abraham | McCarty, Mary o/b/o T.M. | 1:09-CV-02844-TWT |
| Abraham | Partridge, Shawnia o/b/o H.P. | 1:09-CV-02844-TWT |
| Abraham | Smith, Johnny Z. | 1:09-CV-02844-TWT |
| Ahrens | Barnes, Albert | 1:08-CV-03693-TWT |

| Ahrens | Benyard, Montena o/b/o C.B. | 1:08-CV-03693-TWT |
|---|---|---|
| Ahrens | Benyard, Montena o/b/o C.B.2 | 1:08-CV-03693-TWT |
| Ahrens | Brittenham, David | 1:08-CV-03693-TWT |
| Ahrens | Carrington, Larry P. | 1:08-CV-03693-TWT |
| Ahrens | Eudy, Allen Lloyd | 1:08-CV-03693-TWT |
| Ahrens | Fudge, Shannon Nicole o/b/o G.T. | 1:08-CV-03693-TWT |
| Ahrens | Hatcher, Aucion Lamont | 1:08-CV-03693-TWT |
| Ahrens | Hatcher, Dewawn | 1:08-CV-03693-TWT |
| Ahrens | Hippensteil, Cindy o/b/o Cynthia Albertson | 1:08-CV-03693-TWT |
| Ahrens | Hippensteil, Cindy o/b/o Felisha Albertson | 1:08-CV-03693-TWT |
| Ahrens | Johnson, Devon | 1:08-CV-03693-TWT |
| Ahrens | Morrow, Wilma | 1:08-CV-03693-TWT |
| Ahrens | Parker, Tanya | 1:08-CV-03693-TWT |
| Ahrens | Parker, Tanya o/b/o A.P. | 1:08-CV-03693-TWT |
| Ahrens | Parker, Tanya o/b/o S.P. | 1:08-CV-03693-TWT |
| Ahrens | Sanders, Sandra K. | 1:08-CV-03693-TWT |
| Ahrens | Smith, Mike S. | 1:08-CV-03693-TWT |
| Ahrens | Smith, Scott D. | 1:08-CV-03693-TWT |
| Ahrens | Street, Kay S. | 1:08-CV-03693-TWT |
| Ahrens | Tittle, Patsy Leona o/b/o R.T. | 1:08-CV-03693-TWT |
| Ahrens | Todd, Syrena B. | 1:08-CV-03693-TWT |
| Ahrens | Warren, Deborah Griswold | 1:08-CV-03693-TWT |
| Ahrens | White, Odell | 1:08-CV-03693-TWT |
| Ahrens | Wilds, John Glenn | 1:08-CV-03693-TWT |
| Ahrens | Willis, Dorothy C. | 1:08-CV-03693-TWT |
| Ahrens | Willis, Handy | 1:08-CV-03693-TWT |
| Ahrens | Willis, Handy o/b/o C.W. | 1:08-CV-03693-TWT |
| Ahrens | Willis, Zelia | 1:08-CV-03693-TWT |
| Anderson | Brown, Donitta | 1:09-CV-00756-TWT |
| Anderson | Brown, Donitta a/n/f J.B. | 1:09-CV-00756-TWT |
| Anderson | Brown, Donitta a/n/f J.B.2 | 1:09-CV-00756-TWT |
| Anderson | Lewis, Demon a/n/f McCoy, Elijah | 1:09-CV-00756-TWT |
| Anderson | Wilson, Shenita a/n/f Kweli Sims | 1:09-CV-00756-TWT |
| Andrews | J.A. (minor) | 1:07-CV-03058-TWT |

| Andrews | Barton, Gary L. | 1:07-CV-03058-TWT |
|---|---|---|
| Andrews | D.B. (minor) | 1:07-CV-03058-TWT |
| Andrews | D.B.2 (minor) | 1:07-CV-03058-TWT |
| Andrews | Berry, Hallie Lynn | 1:07-CV-03058-TWT |
| Andrews | Dalby, Joyce J. | 1:07-CV-03058-TWT |
| Andrews | Faulk, Richard Alan | 1:07-CV-03058-TWT |
| Andrews | Franco, Esther H. | 1:07-CV-03058-TWT |
| Andrews | Goddard, Deborah S. | 1:07-CV-03058-TWT |
| Andrews | Goos, Samantha Jo | 1:07-CV-03058-TWT |
| Andrews | Gormley, Richard W. Sr. | 1:07-CV-03058-TWT |
| Andrews | Hewett, Michael Shawn | 1:07-CV-03058-TWT |
| Andrews | Jackson, Raina Jean | 1:07-CV-03058-TWT |
| Andrews | Johnson, Albert | 1:07-CV-03058-TWT |
| Andrews | J.D.J. (minor) | 1:07-CV-03058-TWT |
| Andrews | Jones, Marnita Valerie | 1:07-CV-03058-TWT |
| Andrews | Jones-Johnson, Thelma L. | 1:07-CV-03058-TWT |
| Andrews | Keith, Joyce Carol | 1:07-CV-03058-TWT |
| Andrews | Kinser, Margueritte | 1:07-CV-03058-TWT |
| Andrews | Kinzie, David A. | 1:07-CV-03058-TWT |
| Andrews | Merriweather, Dynasty D. | 1:07-CV-03058-TWT |
| Andrews | Milo, June Ellen | 1:07-CV-03058-TWT |
| Andrews | Nash, Tammie R. | 1:07-CV-03058-TWT |
| Andrews | Pullins, Hattie T. | 1:07-CV-03058-TWT |
| Andrews | Rogers, Brenda J. | 1:07-CV-03058-TWT |
| Andrews | Rogers, Gordon E. | 1:07-CV-03058-TWT |
| Andrews | Rothgeb, Irene | 1:07-CV-03058-TWT |
| Andrews | Schaudt, Leah | 1:07-CV-03058-TWT |
| Andrews | Sloan, Clarence C. | 1:07-CV-03058-TWT |
| Andrews | Stanford-Camp, Nancy | 1:07-CV-03058-TWT |
| Andrews | Taylor, Heather L. | 1:07-CV-03058-TWT |
| Andrews | Teller, Matthew J. | 1:07-CV-03058-TWT |
| Andrews | Teller, Michael W. | 1:07-CV-03058-TWT |
| Bowman | Gartrell, Deborah A. | 1:09-CV-00874-TWT |
| Bowman | K.G. (minor) | 1:09-CV-00874-TWT |
| Bowman | Murphy, Phillip D. | 1:09-CV-00874-TWT |
| Bowman | Pezzana, John o/b/o J.P. | 1:09-CV-00874-TWT |

| Bowman | Reynolds, Regena Ann Turner | 1:09-CV-00874-TWT |
|---|---|---|
| Bowman | Wilson, Birdie on behalf of Lonnie Wilson, deceased | 1:09-CV-00874-TWT |
| Southern | Allen, Jesse Roy | 1:09-CV-01544-TWT |
| Southern | Alniece, Wanda | 1:09-CV-01544-TWT |
| Southern | Atkins, Eric | 1:09-CV-01544-TWT |
| Southern | Bailey, Nona | 1:09-CV-01544-TWT |
| Southern | Balandran, Gabriel | 1:09-CV-01544-TWT |
| Southern | Banks, Alexter | 1:09-CV-01544-TWT |
| Southern | Banks, Dorothy | 1:09-CV-01544-TWT |
| Southern | Bass, Kevin | 1:09-CV-01544-TWT |
| Southern | Beal, Laterral | 1:09-CV-01544-TWT |
| Southern | Beal, Louchell | 1:09-CV-01544-TWT |
| Southern | Beal, Louchell a/n/f G.B. | 1:09-CV-01544-TWT |
| Southern | Beal, Louchell a/n/f M.B. | 1:09-CV-01544-TWT |
| Southern | Beal, Rayterrell Pleasant) | 1:09-CV-01544-TWT |
| Southern | Berry, Gwendolyn | 1:09-CV-01544-TWT |
| Southern | Blackshire, Derrick | 1:09-CV-01544-TWT |
| Southern | Blackshire, Derrick and Tracey Brown a/n/f T.J. | 1:09-CV-01544-TWT |
| Southern | Blackshire, Derrick and Tracey Brown a/n/f T.B. | 1:09-CV-01544-TWT |
| Southern | Blackshire, Tracey Brown | 1:09-CV-01544-TWT |
| Southern | Booker, Felicia | 1:09-CV-01544-TWT |
| Southern | Booker, Felicia a/n/f P.B. | 1:09-CV-01544-TWT |
| Southern | Bostwick, Margaret | 1:09-CV-01544-TWT |
| Southern | Bouie, Robert | 1:09-CV-01544-TWT |
| Southern | Bouie, Robert and Sheryl a/n/f R.B. | 1:09-CV-01544-TWT |
| Southern | Bouie, Robert and Sheryl a/n/f R.B.2 | 1:09-CV-01544-TWT |
| Southern | Bouie, Sheryl | 1:09-CV-01544-TWT |
| Southern | Brown, Johni | 1:09-CV-01544-TWT |
| Southern | Brown, Sean | 1:09-CV-01544-TWT |
| Southern | Brown, Sean a/n/f C.B. | 1:09-CV-01544-TWT |
| Southern | Brown, Sean a/n/f D.B. | 1:09-CV-01544-TWT |
| Southern | Brown, Sean a/n/f J.B. | 1:09-CV-01544-TWT |
| Southern | Cain, Kenneth | 1:09-CV-01544-TWT |

| | | |
|---|---|---|
| Southern | Clark, Briani | 1:09-CV-01544-TWT |
| Southern | Clark, Bridget | 1:09-CV-01544-TWT |
| Southern | Clark, Deidra a/n/f C.T. | 1:09-CV-01544-TWT |
| Southern | Collins, Mary | 1:09-CV-01544-TWT |
| Southern | Collins, Walter Sr. | 1:09-CV-01544-TWT |
| Southern | Collins, Walter Sr. and Mary a/n/f W.C.J. | 1:09-CV-01544-TWT |
| Southern | Columbus, Karl | 1:09-CV-01544-TWT |
| Southern | Columbus, Kristi Desma | 1:09-CV-01544-TWT |
| Southern | Cooper, Andrew | 1:09-CV-01544-TWT |
| Southern | Crawford, Joe | 1:09-CV-01544-TWT |
| Southern | Creecy, Tanya | 1:09-CV-01544-TWT |
| Southern | Creecy, Tanya and Troy a/n/f R.C. | 1:09-CV-01544-TWT |
| Southern | Creecy, Tanya and Troy a/n/f T.C. | 1:09-CV-01544-TWT |
| Southern | Creecy, Troy | 1:09-CV-01544-TWT |
| Southern | Dallas, Tyrone | 1:09-CV-01544-TWT |
| Southern | Dallas, Tyrone a/n/f K.D. | 1:09-CV-01544-TWT |
| Southern | Dallas, Tyrone a/n/f R.H. | 1:09-CV-01544-TWT |
| Southern | Davis, Desmond | 1:09-CV-01544-TWT |
| Southern | Denson, M.C. | 1:09-CV-01544-TWT |
| Southern | Desiqueria, Jefferson | 1:09-CV-01544-TWT |
| Southern | Desiqueria, Lucy | 1:09-CV-01544-TWT |
| Southern | Dorsey, Ida | 1:09-CV-01544-TWT |
| Southern | Dorsey, Rochester | 1:09-CV-01544-TWT |
| Southern | Dupree, Michael | 1:09-CV-01544-TWT |
| Southern | Dupree, Michael a/n/f D.S. | 1:09-CV-01544-TWT |
| Southern | Dupree, Michael a/n/f J.S. | 1:09-CV-01544-TWT |
| Southern | Elam, Kay | 1:09-CV-01544-TWT |
| Southern | Ellington, Wilma | 1:09-CV-01544-TWT |
| Southern | Evans, Keri | 1:09-CV-01544-TWT |
| Southern | Evans, Sheri | 1:09-CV-01544-TWT |
| Southern | Felix, Jiterril | 1:09-CV-01544-TWT |
| Southern | Fields, Gerald | 1:09-CV-01544-TWT |
| Southern | Flores, Ruben Jr. (Deceased) | 1:09-CV-01544-TWT |
| Southern | Franklin, Cheryl | 1:09-CV-01544-TWT |
| Southern | Frazier, Bennie Joe | 1:09-CV-01544-TWT |

| Southern | Freeman, Jackie (Jacqueline) | 1:09-CV-01544-TWT |
|----------|------------------------------|-------------------|
| Southern | Freeman, Joe | 1:09-CV-01544-TWT |
| Southern | Garner, Christine | 1:09-CV-01544-TWT |
| Southern | Garner, Michelle | 1:09-CV-01544-TWT |
| Southern | Garner, Michelle a/n/f X.G. | 1:09-CV-01544-TWT |
| Southern | Giles, Jennifer | 1:09-CV-01544-TWT |
| Southern | Giles, Je'sus | 1:09-CV-01544-TWT |
| Southern | Giles, Lloyd | 1:09-CV-01544-TWT |
| Southern | Giles, Patricia | 1:09-CV-01544-TWT |
| Southern | Giles, Patricia and Lloyd a/n/f D.G. | 1:09-CV-01544-TWT |
| Southern | Giles, Patricia and Lloyd a/n/f J.G. | 1:09-CV-01544-TWT |
| Southern | Gilmore, Margaret | 1:09-CV-01544-TWT |
| Southern | Hardemon, Chryle a/n/f N.H. | 1:09-CV-01544-TWT |
| Southern | Harvey, Deandre | 1:09-CV-01544-TWT |
| Southern | Haynes, Djuana | 1:09-CV-01544-TWT |
| Southern | Haynes, Djuana a/n/f D.H. | 1:09-CV-01544-TWT |
| Southern | Haynes, Djuana a/n/f D.B. | 1:09-CV-01544-TWT |
| Southern | Haynes, Rosemary | 1:09-CV-01544-TWT |
| Southern | Hillsman, Joe | 1:09-CV-01544-TWT |
| Southern | Hines, George | 1:09-CV-01544-TWT |
| Southern | Hines, Joyce | 1:09-CV-01544-TWT |
| Southern | Hines, Joyce and George a/n/f A.C. | 1:09-CV-01544-TWT |
| Southern | House, Dale | 1:09-CV-01544-TWT |
| Southern | House, Janice | 1:09-CV-01544-TWT |
| Southern | Jackson, Gwendolyn | 1:09-CV-01544-TWT |
| Southern | Jefferson, Gussie | 1:09-CV-01544-TWT |
| Southern | Johnson, Linda | 1:09-CV-01544-TWT |
| Southern | Johnson, Michael | 1:09-CV-01544-TWT |
| Southern | Johnson, Sherrie | 1:09-CV-01544-TWT |
| Southern | Johnson, Sherrie a/n/f X.M. | 1:09-CV-01544-TWT |
| Southern | Jones, Albert | 1:09-CV-01544-TWT |
| Southern | Jones, Alvis | 1:09-CV-01544-TWT |
| Southern | Jones, Alvis a/n/f T.J. | 1:09-CV-01544-TWT |
| Southern | Jones, Nancy | 1:09-CV-01544-TWT |
| Southern | Jones, Rosie and Clyde a/n/f K.M. | 1:09-CV-01544-TWT |
| Southern | Kennedy, Jerry | 1:09-CV-01544-TWT |

| Southern | Kirkland, Andreia a/n/f A.H. | 1:09-CV-01544-TWT |
|----------|------------------------------|-------------------|
| Southern | Kirkland, Andreia a/n/f J.K. | 1:09-CV-01544-TWT |
| Southern | Lewis, Jana | 1:09-CV-01544-TWT |
| Southern | Living, Crystal | 1:09-CV-01544-TWT |
| Southern | Mayes, Burris | 1:09-CV-01544-TWT |
| Southern | McCauley, Addie | 1:09-CV-01544-TWT |
| Southern | McDaniel, Emile D. and Felicia a/n/f K.M. | 1:09-CV-01544-TWT |
| Southern | McDaniel, Felicia | 1:09-CV-01544-TWT |
| Southern | McGlinchey, Stewart | 1:09-CV-01544-TWT |
| Southern | McGowen, Jerald | 1:09-CV-01544-TWT |
| Southern | Miller, Gloria | 1:09-CV-01544-TWT |
| Southern | Moore, Mattie | 1:09-CV-01544-TWT |
| Southern | Morning, Benjamin | 1:09-CV-01544-TWT |
| Southern | Morning, Billie Joe | 1:09-CV-01544-TWT |
| Southern | Morning, Helen | 1:09-CV-01544-TWT |
| Southern | Morning, Helen and Billy Joe a/n/f H.S. | 1:09-CV-01544-TWT |
| Southern | Morning, Helen and Billy Joe a/n/f J.J. | 1:09-CV-01544-TWT |
| Southern | Morning, Helen and Billy Joe a/n/f J.J.2 | 1:09-CV-01544-TWT |
| Southern | Morning, Jackie Ray | 1:09-CV-01544-TWT |
| Southern | Morning, Janie | 1:09-CV-01544-TWT |
| Southern | Morris, Mary | 1:09-CV-01544-TWT |
| Southern | Moses, Tonya a/n/f J.L.J. | 1:09-CV-01544-TWT |
| Southern | Nellums, Tasha | 1:09-CV-01544-TWT |
| Southern | Nellums, Tasha and Terrance a/n/f A.N. | 1:09-CV-01544-TWT |
| Southern | Nellums, Tasha and Terrance a/n/f A.N.2 | 1:09-CV-01544-TWT |
| Southern | Nellums, Tasha and Terrance a/n/f A.N.3 | 1:09-CV-01544-TWT |
| Southern | Nellums, Tasha and Terrance a/n/f T.N. | 1:09-CV-01544-TWT |
| Southern | Nellums, Terrance | 1:09-CV-01544-TWT |
| Southern | Neville, Michael II | 1:09-CV-01544-TWT |

| Southern | O'Neal, Carolyn | 1:09-CV-01544-TWT |
|---|---|---|
| Southern | O'Neal, Claudia | 1:09-CV-01544-TWT |
| Southern | O'Neal, Claudia V. | 1:09-CV-01544-TWT |
| Southern | O'Neal, Claudia V. a/n/f C.O. | 1:09-CV-01544-TWT |
| Southern | O'Neal, Claudia V. a/n/f Z.J. | 1:09-CV-01544-TWT |
| Southern | O'Neal, Easchicia | 1:09-CV-01544-TWT |
| Southern | O'Neal, Easchicia a/n/f C.N. | 1:09-CV-01544-TWT |
| Southern | O'Neal, Eliza | 1:09-CV-01544-TWT |
| Southern | Phillips, Cheryl and Winston Sr. a/n/f B.P. | 1:09-CV-01544-TWT |
| Southern | Phillips, Gary | 1:09-CV-01544-TWT |
| Southern | Phillips, Winston Sr. | 1:09-CV-01544-TWT |
| Southern | Randle, Debra | 1:09-CV-01544-TWT |
| Southern | Redd, Betty Ann | 1:09-CV-01544-TWT |
| Southern | Reese, Natalie | 1:09-CV-01544-TWT |
| Southern | Riley, Donna | 1:09-CV-01544-TWT |
| Southern | Riley, Nadine a/n/f R.D. | 1:09-CV-01544-TWT |
| Southern | Robinson, Michael | 1:09-CV-01544-TWT |
| Southern | Robinson, Michael and Shawna a/n/f M.R. | 1:09-CV-01544-TWT |
| Southern | Robinson, Michael and Shawna a/n/f M.R.2 | 1:09-CV-01544-TWT |
| Southern | Robinson, Shawna Evans | 1:09-CV-01544-TWT |
| Southern | Salinas, Lori | 1:09-CV-01544-TWT |
| Southern | Sample, Latorsha a/n/f C.S. | 1:09-CV-01544-TWT |
| Southern | Sample, Latorsha a/n/f E.S. | 1:09-CV-01544-TWT |
| Southern | Sample, Latorsha a/n/f J.D. | 1:09-CV-01544-TWT |
| Southern | Sample, Latorsha a/n/f J.S. | 1:09-CV-01544-TWT |
| Southern | Sample, Latorsha a/n/f T.S. | 1:09-CV-01544-TWT |
| Southern | Sanders, Morris | 1:09-CV-01544-TWT |
| Southern | Sandoval, Belinda a/n/f A.B. | 1:09-CV-01544-TWT |
| Southern | Sandoval, Belinda a/n/f A.B.2 | 1:09-CV-01544-TWT |
| Southern | Saulter, Floyd Jr. | 1:09-CV-01544-TWT |
| Southern | Saulter, Gloria | 1:09-CV-01544-TWT |
| Southern | Scales, Victor | 1:09-CV-01544-TWT |
| Southern | Sinnett, Charles | 1:09-CV-01544-TWT |

| Southern | Smallwood, Alexis | 1:09-CV-01544-TWT |
|----------|-------------------|-------------------|
| Southern | Smith, Dorothy Johnson | 1:09-CV-01544-TWT |
| Southern | Smith, Glenn | 1:09-CV-01544-TWT |
| Southern | Sowells, Jeanette | 1:09-CV-01544-TWT |
| Southern | Taylor, Melody | 1:09-CV-01544-TWT |
| Southern | Thompson, Lois | 1:09-CV-01544-TWT |
| Southern | Trotter, Asken | 1:09-CV-01544-TWT |
| Southern | Trotter, Ruby | 1:09-CV-01544-TWT |
| Southern | Turner, Carolyn | 1:09-CV-01544-TWT |
| Southern | Veazie, Peter | 1:09-CV-01544-TWT |
| Southern | Walker, Carlton | 1:09-CV-01544-TWT |
| Southern | Walker, Carlton and Tamie a/n/f C.W. | 1:09-CV-01544-TWT |
| Southern | Washington, Darrell | 1:09-CV-01544-TWT |
| Southern | Washington, Timothy | 1:09-CV-01544-TWT |
| Southern | Watson, Robert | 1:09-CV-01544-TWT |
| Southern | Williams, Lorene a/n/f A.W. | 1:09-CV-01544-TWT |
| Southern | Williams, Tristan Jr. | 1:09-CV-01544-TWT |
| Southern | Wyatt, Jerald | 1:09-CV-01544-TWT |
| Southern | Wyatt, Jerald a/n/f C.W. | 1:09-CV-01544-TWT |
| Southern | Wyatt, Jerald a/n/f J.W. | 1:09-CV-01544-TWT |
| Anderson | Pearson, John | 1:09-CV-01545-TWT |

None of the plaintiffs identified above provided an alleged symptom onset date on their fact sheets.  Their failure to timely produce accurate and complete information requested by the fact sheets prejudices ConAgra's ability to prepare its defense and needlessly delays this litigation.  Accordingly, it is hereby ordered that each plaintiff identified above shall serve upon ConAgra's Liaison Counsel within twenty (20) days of entry of this Order, accurate and complete identification of the alleged symptom onset date at issue in his or her Complaint.

The Defendant's Motion to Compel is DENIED with respect to the following plaintiffs:

| Ferrara | Messina, Valentino | 1:08-CV-00082-TWT |
|---------|--------------------|--------------------|
| Ferrara | Neuharth, Lori Ann | 1:08-CV-00082-TWT |
| Ferrara | Rollins, Ruby | 1:08-CV-00082-TWT |
| Rogers | Witherspoon, Joseph | 1:07-CV-02017-TWT |

Plaintiffs Messina and Neuharth said in their response brief that they have provided as much information regarding the onset of their symptoms as possible. Messina said that her symptoms began in "Fall 2006," and Neuharth says that her symptoms began sometime between "late '06" and February 2007.  Neither remembers any additional details.  Plaintiff Rollins said in June 2010 that she would supplement her fact sheet as soon as possible, and counsel for Plaintiff Witherspoon asked the Court for additional time to locate Witherspoon.  Therefore, the Court denies the Defendant's Motion to Compel as to these plaintiffs.  ConAgra has withdrawn its motion with respect to the three remaining plaintiffs identified in its original motion: Sam Pierce (1:07-CV-02017), Viola Pierce (1:07-CV-02017), and Terry McKinney (1:07-CV-02017).

SO ORDERED, this 14 day of February, 2011.


/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge

T:\ORDERS\09\ConAgra\09cv2844\mtc2mlh.wpd            -12-